

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Glenn Winningham; House of Fearn, Appellant

No. 06-13-00040-CV    v.

Chief Justice Terrie Livingston, Judge Tom Lowe, and Clerk Debra Spisak, Appellees

Appeal from the 67th District Court of Tarrant County, Texas (Tr. Ct. No. 67-263565-13). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED JULY 17, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk